# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

SHAIRIF HARPER,                                    :  No. 18 EM 2022
                                                   :
        Petitioner                             :
                                                   :
                                                   :
        v.                                     :
                                                   :
                                                   :
BLANCHE CARNEY, COMMISSIONER AT                    :
PHILADELPHIA DEPARTMENT OF                         :
PRISONS, GREGORY VRATO, COUNSEL                    :
FOR PHILADELPHIA DEPARTMENT OF                     :
PRISONS, AND A JUDGE OF THE COURT                  :
OF COMMON PLEAS OF PHILADELPHIA                    :
COUNTY,                                            :
                                                   :
        Respondents                            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and Application for Immediate Hearing are DISMISSED.